## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>HIEN L. HALLMAN; CHARLES H. HALLMAN; JOHN T. HALLMAN; GRAHAM D. HALLMAN; JAMES E. HALLMAN; Y.B.H., a minor; and YELENA L. YAN, solely as natural guardian of Y.B.H., a minor,<br><br>          Defendants. | Civil No. 11-3100 (RHK/JSM)<br><br><br><br><br>**PROTECTIVE ORDER FOR FILING OF CONFIDENTIAL SETTLEMENT AGREEMENT** |

Based on the Joint Stipulation that was filed with the Court on March 7, 2012, it is hereby

**ORDERED** that:

1. The Confidential Settlement Agreement ("Confidential Materials"), which contains among other things confidential information involving a minor settlement, and which has been agreed to by all parties in this action may be filed with the Court under Seal in accordance with Section IX.D of the Civil Electronic Case Filing Procedures.

2. This Order shall not prevent any Confidential Materials from being used by the Court or counsel at any hearing in this action. Confidential Materials received into the record in any motion before the Court shall remain Confidential and shall be treated as such in accordance with the terms of this Order.

IT IS SO ORDERED.

Dated:  March 8, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge